**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

*In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation*
*MDL No. 2327*

**Civil Action No.** 2:13-32122

---

### SHORT FORM COMPLAINT

Come now the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The First Amended Master Complaint in MDL No. 2327 by reference. Plaintiff(s) further show the court as follows:

1. Female Plaintiff

   Dana Moore

2. Plaintiff's Spouse (if applicable)

   Allen Moore

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

   N/A

4. State of Residence

   Texas

5. District Court and Division in which venue would be proper absent direct filing.

   Western District of North Carolina

6. Defendants (Check Defendants against whom Complaint is made):

   ☑    A.  Ethicon, Inc.

   ☑    B.  Ethicon, LLC

Revised: 11/6/13

☑ C.  Johnson & Johnson

☐ D.  American Medical Systems, Inc. ("AMS")

☐ E.  Boston Scientific Corporation

☐ F.  C. R. Bard, Inc. ("Bard")

☐ G.  Sofradim Production SAS ("Sofradim")

☐ H.  Tissue Science Laboratories Limited ("TSL")

☐ I.  Mentor Worldwide LLC

☐ J.  Coloplast Corp.

☐ K.  Cook Incorporated

☐ L.  Cook Biotech, Inc.

☐ M.  Cook Medical, Inc.

7.  Basis of Jurisdiction

☑ Diversity of Citizenship

☐ Other:

A.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

Paragraph 1-11

B. Other allegations of jurisdiction and venue:

N/A

8. Defendants' products implanted in Plaintiff  (Check products implanted in Plaintiff)

☐ Prolift

☐ Prolift +M

☐ Gynemesh/Gynemesh PS

☐ Prosima

☑ TVT

☐ TVT-Obturator (TVT-O)

☐ TVT-SECUR (TVT-S)

☐ TVT-Exact

☐ TVT-Abbrevo

☐ Other

9. Defendants' Products about which Plaintiff is making a claim.  (Check applicable products):

☐ Prolift

☐ Prolift +M

☐ Gynemesh/Gynemesh PS

☐ Prosima

☑ TVT

☐ TVT-Obturator (TVT-O)

☐ TVT-SECUR (TVT-S)

☐ TVT-Exact

☐ TVT-Abbrevo

☐    Other

_____

_____

10. Date of Implantation as to Each Product:

10/21/2013

11.  Hospital(s) where Plaintiff was implanted (including City and State):

Mission Hospital

Asheville, North Carolina

12. Implanting Surgeon(s):

James P. Theofrastous, MD

13. Counts in the Master Complaint brought by Plaintiff(s):

☑    Count I    Negligence

☑    Count II    Strict Liability    Manufacturing Defect

☑    Count III    Strict Liability    Failure to Warn

☑    Count IV    Strict Liability    Defective Product

☑    Count V    Strict Liability    Design Defect

☑    Count VI    Common Law Fraud

☑    Count VII    Fraudulent Concealment

☑    Count VIII    Constructive Fraud

4

☑  Count IX    Negligent Misrepresentation

☑  Count X    Negligent Infliction of Emotional Distress

☑  Count XI    Breach of Express Warranty

☑  Count XII    Breach of Implied Warranty

☑  Count XIII    Violation of Consumer Protection Laws

☑  Count XIV    Gross Negligence

☑  Count XV    Unjust Enrichment

☑  Count XVI    Loss of Consortium

☑  Count XVII    Punitive Damages

☑  Count XVIII    Discovery Rule and Tolling

☐  Other Count(s) (Please state factual and legal basis for other claims below):

s/ Alex Barlow

Attorney(s) for Plaintiff

Address, phone number, email address and bar information:

HEARD ROBINS CLOUD &
BLACK LLP
2000 West Loop South, Suite 2200
Houston, Texas 77027
(713) 650-1200 (Telephone)
(713) 650-1400 (Facsimile)

BAR ADMISSIONS:

Alex Barlow (TX #24006798)